BRIAN M. CARTER [SBN 132710]
brian@carterfries.com
MICHELLE Q. CARTER [SBN 184005]
CARTER, CARTER, FRIES & GRUNSCHLAG
44 Montgomery, Suite 2405
San Francisco, CA 94104
Telephone: (415) 989-4800
Facsimile: (415) 989-4864
Attorneys for Plaintiff, Tiffany Hodges

LITTLER MENDELSON, P.C.
MATTHEW E. FARMER, Bar No. 190484
mfarmer@littler.com
IRENE V. FITZGERALD, Bar No. 266949
ifitzgerald@littler.com
5200 North Palm Avenue, Suite 302
Fresno, CA 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525

Attorneys for Defendant
IN-SHAPE HEALTH CLUBS, LLC, a limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TIFFANY ANNE HODGES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IN SHAPE HEALTH CLUBS, LLC, a limited liability company,<br><br>　　　　Defendants. | Case No. 2:17-cv-01274-JAM-BD<br><br>**STIPULATION AND ORDER TO SUBMIT JOINT STATUS REPORT AFTER COURT'S RULINGS** |

Plaintiff TIFFANY ANNE HODGES ("Plaintiff") and Defendant IN-SHAPE HEALTH CLUBS, LLC, a limited liability company ("Defendant"), by and through counsel, stipulate as follows:

WHEREAS the parties are presently required to submit a Joint Status Report by August 21, 2017;

WHEREAS Defendant has a potentially case dispositive motion to dismiss set to be heard on September 19, 2017; and

WHEREAS Plaintiff has a motion to remand set to be heard on September 19, 2017,

THE PARTIES HEREBY STIPULATE AND AGREE that if the above motions do not make such moot, they will submit the Joint Status Report within 30 days of the Court's rulings on the above motions.

**IT IS SO STIPULATED.**

Dated: August 18, 2017  CARTER, CARTER, FRIES & GRUNSCHLAG

By: */s/ Brian M. Carter*
BRIAN M. CARTER
Attorneys for Plaintiff
TIFFANY HODGES

Dated: August 18, 2017  LITTLER MENDELSON, P.C.

By: */s/ Matthew E. Farmer*
MATTHEW E. FARMER
IRENE V. FITZGERALD
Attorneys for Defendant
IN-SHAPE HEALTH CLUBS, LLC,
a limited liability company

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

(NO. 2:17-CV-01274-JAM-DB) 2. Stipulation and Proposed Order to Submit Status Report

## **ORDER**

Pursuant to the Parties' stipulation and good cause appearing, IT IS ORDERED THAT the Joint Status Report, if necessary, will be submitted within 30 days of the Court's rulings on the above noted pending motions.

**IT IS SO ORDERED.**

Dated: August 18, 2017

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Firmwide:149541893.1 092627.1002

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

(NO. 2:17-CV-01274-JAM-DB) 3. Stipulation and Proposed Order to Submit Status Report