LITTLER MENDELSON, P.C.
MATTHEW E. FARMER, Bar No. 190484
mfarmer@littler.com
IRENE V. FITZGERALD, Bar No. 266949
ifitzgerald@littler.com
5200 North Palm Avenue, Suite 302
Fresno, CA 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525

Attorneys for Defendant
IN-SHAPE HEALTH CLUBS, LLC, a
limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TIFFANY ANNE HODGES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IN SHAPE HEALTH CLUBS, LLC,<br>a limited liability company,<br><br>　　　　Defendants. | Case No. 2:17-cv-01274-JAM-DB<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint Served: 10/05/17<br>Current Response Date: 10/25/17<br>New Response Date: 11/8/17 |

Plaintiff TIFFANY ANNE HODGES ("Plaintiff") and Defendant IN-SHAPE HEALTH CLUBS, LLC, a limited liability company ("Defendant"), stipulate and agree as follows:

WHEREAS Defendant removed this matter from San Joaquin Superior Court on June 21, 2017; and

WHEREAS Defendant filed a motion to dismiss, which was set to be heard on September 19, 2017. This motion was denied without prejudice for the Parties to engage in additional meet and confer efforts and was re-filed and set to be heard on November 7, 2017; and

WHEREAS Plaintiff filed a motion for leave to amend, which was

granted on October 2, 2017; and

WHEREAS Plaintiff filed the First Amended Complaint on October 5, 2017;

WHEREAS Plaintiff's Motion for Remand was taken under advisement by the Court and, if necessary during the interim, Defendant will file a response to the First Amended Complaint within two weeks; and

WHEREAS counsel for the Parties are in the process of meeting and conferring on the terms of a stipulation to submit this matter to binding private arbitration; and

WHEREAS the parties wish to focus efforts on this alternative dispute resolution; and

WHEREAS no prior extensions for Defendant to respond have been sought or granted;

IT IS HEREBY STIPULATED AND AGREED that the deadline for Defendant to file a responsive pleading to the First Amended Complaint shall be continued from October 25, 2017 to November 8, 2017.

SO STIPULATED AND AGREED.

Dated:  October 24, 2017                    LITTLER MENDELSON, P.C.

By: */s/ Irene V. Fitzgerald*
  MATTHEW E. FARMER
  IRENE V. FITZGERALD
  Attorneys for Defendant
  IN-SHAPE HEALTH CLUBS, LLC,
  a limited liability company

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

CASE NO.  2:17-CV-01274-JAM-DB      2.      Amended Stipulation And [Proposed] Order To Extend Time To Respond To First Amended Complaint

Dated: October 24, 2017               CARTER, CARTER, FRIES & GRUNSCHLAG

By: */s/ Brian M. Carter*
    BRIAN M. CARTER
    Attorneys for Plaintiff
    TIFFANY HODGES

## **ORDER**

Having reviewed the above stipulation of the parties, and good cause appearing therefore, it is ordered that:

1)      The time for Defendant to file a responsive pleading or otherwise respond to the First Amended Complaint shall be continued to November 8, 2017.

**IT IS SO ORDERED.**

Dated: October 24, 2017

/s/ John A. Mendez_____
**U. S. District Court Judge**

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

CASE NO. 2:17-CV-01274-JAM-DB      3.      Amended Stipulation And [Proposed] Order To Extend Time To Respond To First Amended Complaint